744 A.2d 1207

SUNRISE DEVELOPMENT, INC., PLAINTIFF–RESPONDENT, v. ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF MADISON, DEFENDANT–PETITIONER.

November 19, 1999.

ORDERED that in light of the time of decision rule, the matter is summarily remanded to the Zoning Board of Adjustment to permit plaintiff to make application for a conditional use variance under Ordinance 14–97 within 45 days of the filing date of this Order. See, *Coventry Square, Inc. v. Westwood Zoning Bd. of Adjustment,* 138 *N.J.* 285, 292–298, 650 *A.*2d 340 (1994). Jurisdiction is not retained.